UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

LUIS DAVID MARTINEZ-GUTIERREZ (A-220-369-839),

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No. 1:26-cv-00421 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 2, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. The petition for writ of habeas corpus is GRANTED as to Petitioner's due process claim.

3. A permanent injunction is issued enjoining and restraining Respondents from rearresting or re-detaining Petitioner Luis David Martinez-Gutierrez (A-220-369-839) unless the government demonstrates, by clear and convincing evidence at a predeprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that Petitioner's physical custody is legally justified. Petitioner shall be allowed to have his counsel present at any such hearing. This injunction does not address other circumstances where detention authority is established under different authority than what is presented in this case (e.g., 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231).

4. The Clerk of Court be directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mart26cv0421.jo.2241.imm